*The Honorable Barbara J. Rothstein*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON FIRST INTERNATIONAL BANK,**<br><br>Plaintiff,<br><br>v.<br><br>**BANCINSURE, INC.,**<br><br>Defendant. | No. 2:13-CV-01797-BJR<br><br>**ORDER OF DISMISSAL** |

THIS MATTER comes before the Court on the parties' Stipulated Notice of Dismissal with prejudice. (Dkt. No. 77.) Based on the parties' stipulation,

IT IS HEREBY ORDERED that this action and all claims are dismissed with prejudice and without costs or fees to any party.

DATED this  31st  day of ___May___, 2017.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER OF DISMISSAL - Page 1
(13-CV-01797-BJR)

| | |
|---|---|
| 1 | |
| 2 | **SUBMITTED BY:** |
| 3 | **ATER WYNNE LLP** |
| 4 | |
| 5 | By: <u>s/ Lori Irish Bauman</u><br>    Brenda S. Molner, WSBA No. 28295<br>    E-mail: bsm@aterwynne.com |
| 6 |     Of Counsel, Ater Wynne LLP<br>    1425 Broadway, 20-7549 |
| 7 |     Seattle, WA 98122<br>    Tel: 206/849-7781 |
| 8 | |
| 9 |     Lori Irish Bauman, OSB No. 871617<br>    E-mail: lib@aterwynne.com<br>    (admitted *pro hac vice*) |
| 10 |     Ater Wynne LLP<br>    1331 NW Lovejoy Street, Suite 900 |
| 11 |     Portland, OR 97209-3280<br>    Telephone: (503) 226-1191 |
| 12 |     Facsimile: (503) 226-0079 |
| 13 | **ATTORNEYS FOR PLAINTIFF** |

# CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of May, 2017, filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following persons:

**Attorneys for Defendant:**

Loren D. Podwill
E-mail: loren.podwill@bullivant.com
Margaret Van Valkenburg
E-mail: megge.vanvalkenburg@bullivant.com
Bullivant Houser Bailey PC
Suite 300, 888 S.W. Fifth Avenue
Portland, OR 97204

E. Pennock Gheen
E-mail: penn.gheen@bullivant.com
Bullivant Houser Bailey PC
Suite 1810, 1700 Seventh Avenue
Seattle, WA 98101-1397

**Attorneys for Intervenor Washington Insurance Guaranty Association:**

Ryan C. Gill
E-mail: ryan.gill@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

DATED this 30th day of May, 2017, at Portland, Oregon.

    s/ Lori Irish Bauman
Lori Irish Bauman, OSB No. 871617
*(Pro Hac Vice)*